B2650 (Form 2650) (12/15)

# United States Bankruptcy Court
_____ District Of _____

In re  Ada E. Quezada and Moises Quezada    ,  )
                    Debtor                             )      Case No. 15-14386

David P. Leibowitz, not individually but as    )
Trustee for the Estate of Ada E. Quezada and )      Chapter 7
Moises Quezada    ,  )
                    Plaintiff                          )
                                                       )
                 v.                           )
MVP Home Solutions, LLC et al.    ,  )      Adv. Proc. No. 16-00074
                Defendant                       )

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

      I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on ___June 29, 2016___ as it appears in the records of this court, and that:
                                                                                                        (date)

[✓] No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

[ ] No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____.
                          (date)

[ ] An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____.
            (name of court)                                 (date)

[ ] An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____.
       (date)

 

                                                                          JEFFREY P. ALLSTEADT
                                                                        Clerk of the Bankruptcy Court

March 20, 2019                    By: _____
    Date                                                               Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Ada E. Quezada<br>Moises Quezada<br><br><br><br>Debtor(s)<br>David P. Leibowitz, not individually but as Trustee for the<br>Estate of Ada E. Quezada and Moises Quezada<br><br>Plaintiff(s)<br>MVP Home Solutions, LLC et al.<br><br><br>Defendant(s) | BK No.:   15-14386<br><br>Chapter: 7<br>Honorable Jacqueline Cox<br><br><br>Adv. No.: 16-00074 |

## Amended Default Judgment

This matter coming before the Court on Plaintiff's Motion for Entry of Default and Default Judgment on Trustee's Complaint for Damages Pursuant to the Illinois Mortgage Rescue Fraud Act, the Illinois Consumer Fraud and Deceptive Business Practices Act and Section 548 of the Bankruptcy Code ("Motion"); due and proper notice having been given; and the Court having reviewed the Motion and the affidavits in support thereof and having found each of the Defendants, MVP Home Solutions, LLC, Talia M. Stephen, Free, Calm & Growing, and Dessalines Sealy, to be in default and being otherwise fully advised in the premises;

IT IS ORDERED that the Motion is Granted; and
Judgment heretofore entered in this cause on May 17, 2016, is amended as follows:

JUDGMENT IS HEREBY ENTERED ON Count I against MVP Home Solutions, LLC and Talia M. Stephen and each of them, jointly and severally, in the amount of $12,530 plus attorney's fees and costs in the amount of $18,737.20, interest at the statutory rate from the filing of the complaint and costs of suit.

JUDGMENT IS HEREBY ENTERED ON COUNT II against MVP Home Solutions LLC and Talia M. Stephen and each of them, jointly and severally, for damages in the amount of $12,530 plus punitive damages in the amount of $1,000,000 and attorneys fees and costs in the amount of $18,737.20, and against Free Calm and Growing and Desslaines Sealy, and each of them, for damages in the amount of $3,585 plus punitive damages in the amount of $150,000 plus attorneys fees in the amount of $18,737.20.

JUDGMENT IS HEREBY ENTERED ON COUNT III in the amount of $12,530 against MVP Home Solutions, LLC and Talia M. Stephen and each of them, jointly and severally and in the amount of $ $3,585 against Free Calm & Growing and Dessalines Sealy and each of them jointly and severally.

Enter:

J. Cx  *Jacqueline B. Cox*

United States Bankruptcy Judge

Dated: June 29, 2016

**Prepared by:**

David P. Leibowitz
Illinois Attorney 1612271
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, IL 60605
847 249 9100

This box will expand vertically to fit entered text.
Tab out of box to see expansion.

This is to certify that the within and attached document is a full, true and correct copy of the original thereof as the same appears on file in the office of the Clerk of the United States Bankruptcy Court for the Northern District of Illinois.

JEFFREY P. ALLSTEADT
CLERK OF COURT
By _____
Deputy Clerk
Dated 3-20-19

Rev: 20151029_apo



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Ada E. Quezada<br>Moises Quezada<br><br><br><br>Debtor(s)<br>David P. Leibowitz, not individually but as Trustee for the Estate of Ada E. Quezada and Moises Quezada<br><br>Plaintiff(s)<br>MVP Home Solutions, LLC et al.<br><br><br>Defendant(s) | ) BK No.:   15-14386<br>)<br>)<br>) Chapter: 7<br>)<br>) Honorable Jacqueline Cox<br>)<br>)<br>) Adv. No.: 16-00074<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### Amended Default Judgment

This matter coming before the Court on Plaintiff's Motion for Entry of Default and Default Judgment on Trustee's Complaint for Damages Pursuant to the Illinois Mortgage Rescue Fraud Act, the Illinois Consumer Fraud and Deceptive Business Practices Act and Section 548 of the Bankruptcy Code ("Motion"); due and proper notice having been given; and the Court having reviewed the Motion and the affidavits in support thereof and having found each of the Defendants, MVP Home Solutions, LLC, Talia M. Stephen, Free, Calm & Growing, and Dessalines Sealy, to be in default and being otherwise fully advised in the premises;

IT IS ORDERED that the Motion is Granted; and
Judgment heretofore entered in this cause on May 17, 2016, is amended as follows:

JUDGMENT IS HEREBY ENTERED ON Count I against MVP Home Solutions, LLC and Talia M. Stephen and each of them, jointly and severally, in the amount of $12,530 plus attorney's fees and costs in the amount of $18,737.20, interest at the statutory rate from the filing of the complaint and costs of suit.

JUDGMENT IS HEREBY ENTERED ON COUNT II against MVP Home Solutions LLC and Talia M. Stephen and each of them, jointly and severally, for damages in the amount of $12,530 plus punitive damages in the amount of $1,000,000 and attorneys fees and costs in the amount of $18,737.20, and against Free Calm and Growing and Desslaines Sealy, and each of them, for damages in the amount of $3,585 plus punitive damages in the amount of $150,000 plus attorneys fees in the amount of $18,737.20.

JUDGMENT IS HEREBY ENTERED ON COUNT III in the amount of $12,530 against MVP Home Solutions, LLC and Talia M. Stephen and each of them, jointly and severally and in the amount of $ $3,585 against Free Calm & Growing and Dessalines Sealy and each of them jointly and severally.

Rev: 20151029_apo

Enter:

J. Cox *Jacqueline P. Cox*

United States Bankruptcy Judge

Dated: June 29, 2016

**Prepared by:**
David P. Leibowitz
Illinois Attorney 1612271
Lakelaw
53 W. Jackson Blvd., Suite 1610
Chicago, IL 60605
847 249 9100

This box will expand vertically to fit entered text.
Tab out of box to see expansion.

Rev: 20151029_apo

STEVEN MITNICK, ESQ.
SM Law, PC
P.O. Box 530
Oldwick, New Jersey 08858
(908) 572-7275
Counsel to SM Financial Services Corporation

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

SEP 11 2018

JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

---

| | |
|---|---|
| ADA E. QUEZADA<br>MOISES QUAZADA<br><br>Debtor.<br><br>DAVID P. LEIBOWITZ, not individually but as Trustee for the Estate of Ada E. Quezada and Moises Quezada<br><br>Plaintiff,<br>vs.<br><br>MVP HOME SOLUTIONS, LLC et al<br><br>Defendant. | UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br><br>Case No. 15-14386<br><br>Adv. Proc. No. 16-00074<br><br>**ASSIGNMENT OF JUDGMENT** |

I, David P. Leibowitz, Trustee of the Estate of Ada E. Quezada and Moises Quezada, and Plaintiff in the above entitled proceeding, do hereby assign all my right, title and interest in and to the Default Judgment dated June 29, 2016 against defendants MVP Home Solutions, LLC, Talia M. Stephen, Free Calm and Growing, and Desslaines Sealy, to SM FINANCIAL SERVICES CORPORATION, P. O. Box 530, Oldwick, New Jersey 08858.

By: _____
David P. Leibowitz, Trustee

Subscribed and sworn to
before me on this 30th day
of July , 2018

_____
Notary Public

"OFFICIAL SEAL"
RACHEL A LEIBOWITZ
Notary Public, State of Illinois
My Commission Expires 8/1/2020